IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>RON BARNS; JERRY BROWN;<br><br>        Defendants. | No. C 13-4932 WHA (PR)<br><br>**ORDER OF TRANSFER; STRIKING DEFICIENCY NOTICES** |

      Plaintiff, an inmate at the High Desert State Prison, filed a "motion for application for intervention" and declaration in which he complains that his medical needs are not being adequately addressed at HDSP. A civil rights action was opened based upon this motion, and plaintiff was mailed notices to file a complaint and an in forma pauperis ("IFP") application. Plaintiff has responded with a letter stating that HDSP officials are refusing to process his IFP application, specifically to sign the certificate of trust form and to provide his account balances. He further states that HDSP officials are not giving him access to the law library to prepare his complaint.

      As it is clear from plaintiff's response that he wishes to pursue a civil rights action against defendants located at HDSP about events occurring there, and HDSP is located within the venue of the Eastern District of California, venue for this case is proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28

1  U.S.C. 1404(a), 1406(a).  The deficiency notices issued by the clerk's office 2, 3) are

2  **STRICKEN**.  Plaintiff need not comply with them.

3       The clerk shall transfer this matter forthwith.

4       **IT IS SO ORDERED.**

5  Dated: December   2  , 2013.

6                                             WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE